456 A.2d 986

**In re ESTATE OF Sidney W. HOCHMAN.**

**Appeal of Stuart HOCHMAN (753).**

**Appeal of Helen & Arlene HOCHMAN (763).**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1982.

Decided March 16, 1983.

Ronald Shipman, Thomas P. Stitt, Easton, for appellant in No. 753 and appellee in No. 763.

James L. Hollinger, Norristown, for appellant in No. 753.

Jackson M. Sigmon, Bethlehem, for appellant in No. 763 and appellee in No. 753.

Michael P. Shay, Bethlehem, for appellee in No. 753.

Jacob S. Kolb, Bethlehem, for appellees in Nos. 753 and 763.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Decree affirmed. Each party to bear his own costs on this appeal.

Former Chief Justice O'BRIEN did not participate in the decision of this case.